JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVIN HINES, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONSTELLIS INTEGRATED RISK MANAGEMENT SERVICES, a Delaware corporation; CENTERRA SERVICES INTERNATIONAL, INC., a Delaware corporation; CENTERRA GROUP, LLC, a forfeited Delaware limited liability company; MICHAEL CHANDLESS, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-06782 JWH-PLAx<br><br>**JUDGMENT** |

Pursuant to the Order filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(d)(2).

2. Fictitiously named Defendants Does 1-100 are **DISMISSED**.

3. The parties previously filed a Stipulation **DISMISSING** Defendant Michael Chandless as a party in this action without prejudice, and on January 21, 2021, the Court issued an Order approving that Stipulation.

4. Defendants Constellis Integrated Risk Management Services; Centerra Services International, Inc.; and Centerra Group LLC shall have **JUDGMENT** in their favor, and against Plaintiff Delvin Hines.  Plaintiff shall take nothing by way of his complaint.  This action is **DISMISSED**.

5. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 24, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE